**ORIGINAL**

# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *   *
DOROTHY CATO, et al.,             *
                                  *
            Plaintiffs,           *
                                  *
      v.                          *   No. 18-1644C
                                  *   Filed: October 26, 2018
UNITED STATES,                    *
                                  *
            Defendant.            *
                                  *
* * * * * * * * * * * * * * * *   *
```

### ORDER

    The court is in receipt of <u>pro se</u> plaintiffs' complaint. Plaintiffs submitted the complaint to the court without paying the $400.00 filing fee or submitting a completed application to proceed <u>in forma pauperis</u>. As a result of this failure, the above-captioned case is **DISMISSED**, without prejudice. The court also notes that plaintiffs' handwritten complaint submitted to the court was illegible.

    **IT IS SO ORDERED**.

*[signature]*

**MARIAN BLANK HORN**
**Judge**

7017 1450 0000 1346 2335